IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **ORDER REGARDING VOIR DIRE** |
| v. | |
| MARIO GARCIA, | Case No. 2:16-cr-326 |
| Defendant. | District Judge Jill N. Parrish |

The court's trial order in this matter required the parties to submit proposed *voir dire* questions by April 13, 2018 at 5:00 p.m. The United States submitted proposed *voir dire* questions on April 13, but Mr. Garcia has not submitted any. Mr. Garcia also has not objected to any of the government's proposed questions.

After reviewing the government's proposed questions, the court has drafted the following documents to aid in jury selection:

1. An introductory letter to potential jurors
2. A proposed jury questionnaire
3. Proposed questions from the bench

Those three documents are attached to this order.

The court also intends to permit each party thirty minutes during *voir dire* to ask its own questions.

The parties should review the attached documents and submit any proposed changes or objections by 12:00 noon on Friday, April 27, 2018.

Signed April 25, 2018

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge