IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>v.<br><br>MARIO GARCIA,<br><br>                 Defendant. | **ORDER REGARDING PRELIMINARY INSTRUCTIONS**<br><br>Case No. 2:16-cr-326<br><br>District Judge Jill N. Parrish |

The court's trial order in this matter required the parties to submit joint proposed jury instructions and any separately proposed jury instructions by 5:00 p.m. on April 13, 2018. Neither party filed timely proposed instructions. Instead, the United States filed proposed instructions on April 16, and Mr. Garcia filed proposed instructions on April 23. And neither party has filed any objections to jury instructions submitted by the opposing party. The deadline to do so (April 16, 2018 at 5:00 p.m.) is long past.

After reviewing the parties' proposed instructions, the court has drafted a set of jury instructions. Included as an attachment to this order are the preliminary instructions. Counsel for both parties are instructed to review the attached instructions. Any objections must be submitted by tomorrow, April 27, 2018 at 3:00 p.m.

SO ORDERED.

Signed April 26, 2018

                        BY THE COURT

                        */s/ Jill N. Parrish*

                        _____
                        Jill N. Parrish
                        United States District Court Judge